UNITED STATES of America
Plaintiff-Appellee

v.

Shawn LEE Defendant-Appellant

No. 16-3134

United States Court of Appeals,
Eighth Circuit.

Submitted: May 24, 2017

Filed: June 5, 2017

Hunter Bridges, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Plaintiff-Appellee

Shawn Lee, Pro Se

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Shawn Lee directly appeals the sentence the district court[1] imposed after he pled guilty to possessing a prohibited object in prison, in violation of 18 U.S.C. § 1791(a)(2) and (d)(1)(B). His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Lee's sentence is unreasonable.

After careful review, we conclude that the district court did not impose an unrea-

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.

sonable sentence. See United States v. Feemster, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing appellate review of sentences; if sentence is within Guidelines range, appellate court may apply, but is not required to apply, presumption of reasonableness). Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.